CHARLES M. PEABODY et al., Respondents, *v.* RICHARD REALTY COMPANY et al., Appellants.

*Peabody* v. *Richard Realty Co.*, 145 App. Div. 903, affirmed.
(Argued November 27, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover an amount claimed as liquidated damages for the failure of the defendant Richard Realty Company to pay rent due under a lease.

*Frank M. Avery, Edgar J. Phillips* and *Earl A. Darr* for appellants.

*Vernon Cole* and *Moses Shire* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.